

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2016

No. 04-16-00699-CR

**IN RE** Albert **NICOLAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice

Relator filed this petition for writ of mandamus on October 24, 2016, complaining that the trial court had not ruled on motions filed by Relator. Because the trial court has ruled on the motions, Relator's petition for writ of mandamus has been rendered moot. Accordingly, this original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on November 10, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. B93-6 and B93-7, styled *The State of Texas v. Albert Nicolas, Jr., aka Allen Nicolas*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.